UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRUE TRADITIONS, LC,<br><br>　　　　　Appellant,<br><br>　　v.<br><br>WU, et al.,<br><br>　　　　　Appellees. | Case No. 14-cv-03605-BLF<br><br>**ORDER CLARIFYING BRIEFING SCHEDULE AND MANNER OF LODGING EXCERPTS OF THE RECORD; DIRECTIONS TO ALL PARTIES**<br><br>[Re: ECF 20, 21] |

The Court is in receipt of the "Motion to Clarify Time to File Appellees' Brief," ECF 20, and letter regarding the proper manner in which to lodge excerpts of the record, ECF 21, filed by Appellees. For purpose of clarification, the Court ORDERS as follows:

　　1.　　Appellees' brief is due **on or before November 21, 2014**.

　　2.　　Appellant's reply brief is due 14 days after service of Appellees' brief.

　　3.　　The parties should continue to follow the deadlines set forth in the Initial Case Management Scheduling Order entered August 8, 2014. ECF 3. To the extent any party enters a due date into the ECF system, that due date should be consistent with the initial scheduling order.

　　4.　　Pursuant to Civil Local Rule 5-1(e), all documents, including excerpts of the record, shall be filed electronically on the ECF system. Manual filing is not permitted without court approval, and only for the reasons listed on the ECF website. Civ. L.R. 5-1(e), (f).

**IT IS SO ORDERED.**

Dated: November 6, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge